```
                                           FILED
                                        2008 APR 30 PM 3: 32
                                        CLERK US DISTRICT COURT
                                      SOUTHERN DISTRICT OF CALIFORNIA

                                        BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 1362 DMS |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| EDUARDO GUERRERO (1), MICHAEL ALEXANDER-ROMERO (2), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about April 15, 2008, within the Southern District of California, defendants EDUARDO GUERRERO and MICHAEL ALEXANDER-ROMERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Mario Duran Martinez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//

//

WDK:fer:San Diego
4/29/08

## Count 2

On or about April 15, 2008, within the Southern District of California, defendants EDUARDO GUERRERO and MICHAEL ALEXANDER-ROMERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ricardo Mendoza-Garcia, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

## Count 3

On or about April 15, 2008, within the Southern District of California, defendants EDUARDO GUERRERO and MICHAEL ALEXANDER-ROMERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ramon Gomez-Perez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney