UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff ) | CRIMINAL NO. | 08CR1362-DMS |
| ) | | |
| vs. ) | ORDER | |
| ) | RELEASING MATERIAL WITNESS | |
| Eduardo Guerrero, et al. ) | | |
| ) | Booking No. | |
| Defendant(s) ) | | |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Mario Duran-Martinez

DATED: 5-2-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
   Deputy Clerk