1   KAREN P. HEWITT
    United States Attorney
2   STEVEN DE SALVO
    Assistant U.S. Attorney
3   California State Bar No. 199904
    United States Attorney's Office
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-7032/(619) 235-2757 (Fax)
    Email: steven.desalvo@usdoj.gov
6
    Attorneys for Plaintiff
7   United States of America

8                      UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Criminal Case No. 08CR1362-DMS
                                     )
12                      Plaintiff,   )   NOTICE OF APPEARANCE
                                     )
13            v.                     )
                                     )
14  EDUARDO GUERRERO (1),            )
    MICHAEL ALEXANDER-ROMERO         )
15  (2),                             )
                                     )
16                     Defendants.   )
    _____
17
    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
18
         I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.
19
         I certify that I am admitted to practice in this court or authorized to practice under CivLR
20
    83.3.c.3-4.
21
         The following government attorneys (who are admitted to practice in this court or authorized
22
    to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead
23
    counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to
24
    activity in this case:
25
         Name (If none, enter "None" below)
26
              Steven De Salvo
27

28

1

2

3      Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

4  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

5  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

6  association):

7      <u>Name</u>:

8          None

9      Please call me if you have any questions about this notice.

10     DATED: June 6, 2008

                                        Respectfully submitted,

11

                                        KAREN P. HEWITT
12                                      United States Attorney

13                                      s/Steven De Salvo

                                        _____
14                                      STEVEN DE SALVO
                                        Assistant United States Attorney
15                                      Attorneys for Plaintiff
                                        United States of America
16                                      Email: steven.desalvo@usdoj.gov

17

18

19

20

21

22

23

24

25

26

27
    NOTICE OF APPEARANCE
28                                      2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1362-DMS |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| EDUARDO GUERRERO (1), | ) | |
| MICHAEL ALEXANDER-ROMERO (2), | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN DE SALVO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Hanni Fakhoury**

**Mahir Sherif**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2008.

s/ Steven De Salvo
STEVEN DE SALVO

NOTICE OF APPEARANCE

3