1  Law Office of Mahir T. Sherif
   Mahir T. Sherif (135021)
2  3376 30th Street
   San Diego, CA  92104
3  Tel: (619) 297-4444
   Fax: (619) 297-4115
4
   Attorney for Defendant, Michael Alexander Romero
5

6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
                      (Honorable Dana M. Sabraw)
10
                                          )  Case No.: 08-cr-1362-DMS
11                                        )
   **UNITED STATES OF AMERICA**,          )  **JOINT MOTION TO CONTINUE**
12                                        )  **MOTION HEARING**
         Plaintiff,                       )
13                                        )
      vs.                                 )  Date:       July 25, 2008
14                                        )  Time:       11:00 a.m.
   **MICHAEL ALEXANDER ROMERO**,          )  Courtroom:  Hon. Dana M. Sabraw
15                                        )
         Defendant                        )
16 _____

17
        THE PARTIES HEREBY jointly move that the hearing date regarding
18
   revocation of supervised release in the above entitled case, currently scheduled for
19
   July 25, 2008 at 11:00 a.m. before the Honorable Dana M. Sabraw, be continued to
20
   August 15, 2008, at 11:00 a.m.
21
   ///
22
   ///
23
   ///
24
   ///
25

_____
                 JOINT MOTION TO CONTINUE HEARING
                                                        08-cr-1362-DMS
                           -1-

1  The defendant is in custody and THE PARTIES FURTHER AGREE that time
2  should be excluded until the acceptance of plea under the Speedy Trial Act.
3  SO STIPULATED.

4  Respectfully Submitted,

5  DATED: July 21, 2008         s/Mahir T. Sherif
                                Mahir T. Sherif, Esq.
6                               Mahirsherif@sbcglobal.net
7                               Attorney for Defendant

8  DATED: July 21, 2008         s/Steven DeSalvo
                                Steven DeSalvo, Esq.
9                               Assistant U.S. Attorney

10                              s/ Hanni Fakhoury
11                              Hanni Fakhoury, Esq.
                                Federal Defender

**CERTIFICATE OF SERVICE**

Copy of the foregoing served electronically
or by other means on this 21st day of July, 2008 to:

**Steven DeSalvo, Esq.**