Law Office of Mahir T. Sherif
Mahir T. Sherif (135021)
3376 30th Street
San Diego, CA  92104
Tel: (619) 297-4444
Fax: (619) 297-4115

Attorney for Defendant, Michael Alexander Romero

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (Honorable Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDUARDO GUERRERO and<br><br>MICHAEL ALEXANDER ROMERO,<br><br>　　　　Defendants, | Case No.: 08-cr-1362-DMS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING** |

### ORDER GRANTING JOINT MOTION TO CONTINUE

Having considered the Joint Motion to Continue filed on July 21, 2008, and for good cause shown, the Court continues the motion hearing of 7-25-08 to 8-15-08 at 11 a.m. as to both defendants.

Dated:  July 21, 2008

_____
Honorable Dana M. Sabraw
United States District Court Judge